1  Mark S. Spring, State Bar No. 155114
   Robin E. Weideman, State Bar No. 197595
2  CARLTON DiSANTE & FREUDENBERGER LLP
   8950 Cal Center Drive
3  Suite 160
   Sacramento, California 95826
4  Telephone:  (916) 361-0991
   Facsimile:  (916) 361-1480
5  E-Mail:  mspring@cdflaborlaw.com
            rweideman@cdflaborlaw.com
6
   Attorneys for Defendants
7  FEDEX GROUND PACKAGE SYSTEM, INC. and
   SANDRA WILLIAMS
8

9              **UNITED STATES DISTRICT COURT**

10             **EASTERN DISTRICT OF CALIFORNIA**

11

12 | LISA BECK,                                      ) Case No. 2:07-CV-00717-WBS-KJM
                                                    )
13 |         Plaintiffs,                             ) **STIPULATION AND ORDER OF**
               v.                                   ) **DISMISSAL**
14 |                                                )
   | FEDEX GROUND, a business entity form           )
15 | unknown; SANDRA WILLIAMS, in her official      )
   | and/or agency capacity, and not her individual )
16 | capacity; DOES 1-20, inclusive,                )
                                                    )
17 |         Defendants.                            )
                                                    )

STIPULATION AND ORDER OF DISMISSAL
Case No. 2:07-CV-00717-WBS-KJM

CARLTON DiSANTE &
FREUDENBERGER LLP
275752.1

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3  pursuant to FRCP 41(a) (1).

5  Dated: October 1, 2007                LAW OFFICES OF NATHANIEL POTRATZ

7                                        By:   /S/ NATHANIEL POTRATZ
                                               Nathaniel Potratz
8                                              Attorneys for Plaintiff LISA BECK

9                                              (As authorized on October 1, 2007)

11 Dated: October 4, 2007                CARLTON DiSANTE & FREUDENBERGER LLP

13                                       By:   /S/ ROBIN E. WEIDEMAN
                                               Robin E. Weideman
14                                             Attorneys for Defendants
                                               FEDEX GROUND PACKAGE SYSTEM,
15                                             INC. and SANDRA WILLIAMS

17     IT IS SO ORDERED.

18 Dated: October 8, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE